**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS PHILIP and BRENDA GROSS-PHILIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN; MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFFS' DEPARTMENT; Kern County Sheriffs' Deputies D. JAUCH and J. McADOO; and Does 1 through 100,<br><br>    Defendants.<br>_____/ | Case No.  1:04cv6729 REC TAG<br><br>ERRATA TO SCHEDULING CONFERENCE ORDER FILED MAY 9, 2005 |

   The sentence on page 13, line 25, of section 12 of the Scheduling Conference Order dated May 5, 2005 shall be deleted and replaced by the following:

   "Plaintiffs do not request bifurcation of liability and damages.  Defendants request bifurcation of <u>Monell</u> and damages issues."

IT IS SO ORDERED.

**Dated:    May 12, 2005**                                  **/s/ Theresa A. Goldner**
j6eb3d                                                                     UNITED STATES MAGISTRATE JUDGE

1