1

2  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
3  844 N. Van Ness Avenue
   Fresno, CA  93728
4  Telephone: (559)441-0201
   Facsimile: (559)442-3164
5

   Dean B. Gordon, SBN 061311
6  The Law Office of Dean B. Gordon
   6067 N. Fresno Street, Suite 101
7  Fresno, CA 93710-5264
   Telephone:  (559) 221-7777
8  Facsimile: (559) 221-6812

9  Attorneys for Plaintiffs: THOMAS PHILIP and BRENDA GROSS PHILIP

10

11                      UNITED STATED DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13

| THOMAS PHILIP and BRENDA GROSS PHILIP, | CASE NO.: CIV-F-04-6729 REC TAG |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE TRIAL DATE |
| v. | |
| COUNTY OF KERN, MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFF'S DEPARTMENT, Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, and DOES 1-100, | Current trial date:  January 17, 2007<br>New trial date:  June 19, 2007 |
| Defendants. | |

        IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR

RESPECTIVE COUNSEL that the current trial date of January 17, 2007 be continued to <u>June 18,

2007</u> for the reasons set forth in the attached declaration of Jacob M. Weisberg, one of the attorneys

for the plaintiffs.

        IT IS FURTHER STIPULATED that the following hearing dates and events that run from the

trial be continued as follows:

///

-1-

04-6729 Philips Stip and Order.wpd

| Hearing/Event | Current Date/Time | New Date/Time |
|---|---|---|
| Pre-Trial Conference | 11-30-06, at 10:30 a.m. | 5-1-07, at 9:00 a.m. |
| Settlement Conference | 6-14-06, at 10:00 a.m. | 11-15-06, at 10:00 a.m. |

Dispositive Motion:

    a.    Filing Deadline:    9-1-06    2-1-07

    b.    Hearing Date:    10-16-06    3-19-07, at 1:30 p.m.

Non-Dispositive Motion:

    a.    Filing Deadline:    9-1-06    2-1-07

    b.    Hearing Date:    10-2-06    3-5-07, at 1:30 p.m.

Discovery Deadlines:

    a.    Non-Expert:    6-30-06    11-30-06

    b.    Expert Disclosure:    7-7-06    12-7-06

    c.    Supplement Expert:    8-2-06    1-2-07

    d.    Expert:    9-1-06    2-1-07

Dated:  February 24, 2006    LAW OFFICE OF JACOB M. WEISBERG

    /s/ Jacob M. Weisberg_____
Jacob M. Weisberg, Attorney for Plaintiffs,
  THOMAS PHILIP and BRENDA GROSS PHILIP

Dated:  February 24, 2006    LAW OFFICE OF DEAN B. GORDON

    /s/ Dean B. Gordon_____
Dean B. Gordon, Attorney for Plaintiffs,
  THOMAS PHILIP and BRENDA GROSS PHILIP

Dated: February 27, 2006                COUNTY OF KERN

By:  /s/ Andrew C. Thomson
Andrew C. Thomson, Attorneys for Defendants, COUNTY OF KERN; MACK WIMBISH, Kern County Sheriff; KERN COUNTY SHERIFF'S DEPARTMENT; Kern County Sheriff's Deputies, D. JAUCH, and J. McADOO

## ORDER AMENDING SCHEDULING ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED, except that the trial date shall be on Tuesday , June 19, 2007.  The Scheduling Order in this matter (Docs. 24 and 25) is amended accordingly.

IT IS SO ORDERED.

Dated:   **March 7, 2006**                              /s/ Theresa A. Goldner

**j6eb3d**                                UNITED STATES MAGISTRATE JUDGE

-3-

04-6729 Philips Stip and Order.wpd