# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILIP and BRENDA GROSS PHILIP,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN; MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFF'S DEPARTMENT; Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, and DOES 1-100,<br><br>　　　　　　　　Defendants. | CASE NO. 1:04-cv-06729-AWI-TAG<br><br>**ORDER CANCELLING SCHEDULED SETTLEMENT CONFERENCE** |

The parties, through their respective counsel, hereby stipulate that they are in agreement that a settlement conference at this time would not be productive and that the Settlement Conference in this matter, presently scheduled for November 15, 2006, at 10:00 a.m., before Magistrate Judge Theresa A. Goldner, be canceled.

Dated: October 24, 2006　　　　　　LAW OFFICE OF JACOB M. WEISBERG

　　　　　　　　　　　　　　　　　　By　　/s/ Jacob M. Weisberg
　　　　　　　　　　　　　　　　　　　　　Jacob M. Weisberg
　　　　　　　　　　　　　　　　　　　　　Attorney for plaintiffs,
　　　　　　　　　　　　　　　　　　　　　Thomas Philip and Brenda Gross-Philip

Dated: October 24, 2006　　　　　　B.C. BARMANN, SR., COUNTY COUNSEL


　　　　　　　　　　　　　　　　　　By　　/s/ Andrew C. Thomson
　　　　　　　　　　　　　　　　　　　　　Andrew C. Thomson, Deputy
　　　　　　　　　　　　　　　　　　　　　Attorney for defendants, County of Kern,
　　　　　　　　　　　　　　　　　　　　　Bar # 149057
　　　　　　　　　　　　　　　　　　　　　Kern County Sheriff's Department, Mack
　　　　　　　　　　　　　　　　　　　　　Wimbish, D. Jauch and J. McAdoo

## **ORDER**

GOOD CAUSE appearing therefor, it is HEREBY ORDERED that the Settlement Conference presently scheduled for November 15, 2006, at 10:00 a.m., before Magistrate Judge Theresa A. Goldner, is canceled.

IT IS SO ORDERED.

Dated:   **October 27, 2006**                                                     **/s/ Theresa A. Goldner**
**j6eb3d**                                                                                       UNITED STATES MAGISTRATE JUDGE

2