Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559)441-0201
Facsimile: (559)442-3164

Dean B. Gordon, SBN 061311
The Law Office of Dean B. Gordon
6067 N. Fresno Street, Suite 101
Fresno, CA 93710-5264
Telephone:  (559) 221-7777
Facsimile: (559) 221-6812

Attorneys for Plaintiffs: THOMAS PHILIP and BRENDA GROSS PHILIP

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILIP and BRENDA GROSS PHILIP, | CASE NO.: 1:04-cv-6729 AWI TAG |
| Plaintiffs, | STIPULATION TO SET SETTLEMENT CONFERENCE; ORDER THEREON |
| v. | |
| COUNTY OF KERN, MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFF'S DEPARTMENT, Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, and DOES 1-100, | Current trial date:  June 18, 2007 |
| Defendants. | |

IT IS STIPULATED BETWEEN THE PARTIES HERETO THROUGH THEIR

RESPECTIVE COUNSEL that a settlement conference in this matter be set before Magistrate Judge

Lawrence O'Neill on December 15, 2007 at 9:30 a.m. for the reasons set forth in the attached

declaration of Jacob M. Weisberg, one of the attorneys for the plaintiffs.

| | |
|---|---|
| Dated:  November 22, 2006 | LAW OFFICE OF JACOB M. WEISBERG |
| | /s/ Jacob M. Weisberg<br>Jacob M. Weisberg, Attorney for Plaintiffs,<br>THOMAS PHILIP and BRENDA GROSS PHILIP |
| Dated:  November 22, 2006 | LAW OFFICE OF DEAN B. GORDON |
| | /s/ Dean B. Gordon<br>Dean B. Gordon, Attorney for Plaintiffs,<br>THOMAS PHILIP and BRENDA GROSS PHILIP |
| | Dated:  November 22, 2006 |
| | COUNTY OF KERN |
| | By:  /s/ Andrew C. Thomson<br>Andrew C. Thomson, Attorneys for Defendants,<br>COUNTY OF KERN; MACK WIMBISH, Kern County Sheriff; KERN COUNTY SHERIFF'S DEPARTMENT; Kern County Sheriff's Deputies, D. JAUCH, and J. McADOO |

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.  The Settlement Conference is set before United States Magistrate Judge Lawrence J. O'Neill on Friday, December 15, 2006 at 9:30 a.m. in Courtroom 8, United States Courthouse, 2500 Tulare Street, Fresno, California.  In accordance with the Scheduling Conference Order issued in this case, confidential Settlement Conference Statements must be submitted to Judge O'Neill's chambers at least five (5) court days prior to the Settlement Conference.  All further orders in the Scheheduling Conference Order with respect to attendance at the Settlement Conference, and settlement authority, remain in full force and effect

**IT IS SO ORDERED.**

**Dated:   November 27, 2006**                               /s/ Theresa A. Goldner

**j6eb3d**                                                                             **UNITED STATES MAGISTRATE JUDGE**