B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorney for Defendants,
County of Kern, Mack Wimbish,
Kern County Sheriff's Department,
D. Jauch and J. McAdoo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILIP and BRENDA GROSS PHILIP,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN; MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFF'S DEPARTMENT; Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, and DOES 1-100,<br><br>　　　　　　　Defendants. | CASE NO. CIV-F-04-6729 AWI TAG<br><br>STIPULATION AMENDING SCHEDULING CONFERENCE ORDER; and ORDER THEREON |

　　　The parties, by and through their respective attorneys of record, hereby stipulate and agree to amend the Scheduling Conference Order as follows:

| Activity | Present Date | Proposed Date |
|---|---|---|
| Expert Disclosure | December 7, 2006 | July 6, 2007 |
| Supplemental Expert Disclosure | January 2, 2007 | July 27, 2007 |
| Non-expert Discovery Deadline | November 30, 2006 | June 29, 2007 |

**Stipulation Amending Scheduling Conference Order and [Proposed] Order**

1

| | | |
|---|---|---|
| Expert Discovery Deadline | February 1, 2007 | September 7, 2007 |
| Non-Dispositive Motion Filing Deadline | February 1, 2007 | September 7, 2007 |
| Non-Dispositive Hearing Date | March 5, 2007 | October 5, 2007 |
| Dispositive Motion Filing Deadline | February 1, 2007 | September 7, 2007 |
| Dispositive Motion Hearing Date | March 19, 2007 | October 19, 2007 |
| Settlement Conference | December 15, 2006 | December 15, 2006 |
| Pretrial Conference | May 1, 2007 | October 30, 2007 |
| Jury Trial | June 19, 2007 | December 4, 2007 |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery, and to avoid scheduling conflicts.

Dated: December 5, 2006    LAW OFFICE OF JACOB WEISBERG

By____/ S / Jacob Weisberg____
Jacob Weisberg, Esq.
Dean Gordon, Esq.
Attorneys for Plaintiffs, Thomas Philip and Brenda Gross-Philip

Dated: December 5, 2006    B.C. BARMANN, SR., COUNTY COUNSEL

By____/ S / Andrew C. Thomson____
Andrew C. Thomson Deputy
County of Kern, Mack Wimbish,
Kern County Sheriff's Department,
D. Jauch and J. McAdoo

**ORDER**

IT IS SO ORDERED.

/s/ Theresa A. Goldner
Date: December 13, 2006    By_____
Theresa A. Goldner
United States Magistrate Judge

**Stipulation Amending Scheduling Conference Order and [Proposed] Order**

2