Jacob M. Weisberg, SBN 049065
The Law Office Of Jacob M. Weisberg
844 N. Van Ness Avenue
Fresno, CA 93728
Tel:   (559) 441-0201   Fax:   (559) 442-3164

Dean B. Gordon, SBN 061311
The Law Office of Dean B. Gordon
6067 N. Fresno Street, Suite 101
Fresno, CA 93710-5264
Tel:   (559) 221-7777   Fax:   (559) 221-6812

Attorneys for Plaintiffs

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILIP and BRENDA GROSS PHILIP,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, MACK WIMBISH, Kern County Sheriff, in his Individual and Official Capacity; KERN COUNTY SHERIFFS' DEPARTMENT, Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, and DOES 1-100,<br><br>Defendants. | CASE NO.: CIV-F-04-6729 AWI/ TAG<br><br>STIPULATION FOR PROTECTIVE ORDER RE DISCOVERY MATTERS |

WHEREAS, plaintiffs have sought discovery of the personnel files of defendants, KERN COUNTY SHERIFFS' DEPARTMENT, Kern County Sheriff's Deputies, D. JAUCH, J. McADOO, which have been objected to by defendants on various grounds;

IT IS HEREBY STIPULATED, by, among and between the parties hereto through their counsel of record that the *relevant* portions of the personnel files of defendants Kern County

-1-

1 Sheriff's Deputies, D. JAUCH and J. McADOO, will be provided to the Plaintiffs' Counsel.
2 *Relevant portions, include, but are not limited to, relevant performance evaluations, any relevant*
3 *disciplinary actions, any allegations of improper, excessive or unreasonable force; and/or any*
4 *allegations made which reflect on honesty or integrity.* If any portion of the personnel files is
5 withheld, then Defendants will provide a privilege log for any withheld documents. Plaintiffs may
6 thereafter proceed under the Federal Rules of Civil Procedure to obtain further disclosure of the
7 withheld documents. *This stipulation will also apply to the disclosure of any other personnel files*
8 *of officers of the Kern County Sheriff's Department.*
9 Any records produced pursuant to this stipulation are subject to the following Protective
10 Order:
11 1. The disclosed documents shall be used solely in connection with the civil case of
12 *Thomas Philip et al v. County of Kern, et al.*, filed in the United States District Court, Eastern
13 District of California, Case No CIV-F-04-6729 AWI/TAG, in the preparation and trial of this case,
14 or any appeal or writ proceeding, mediation, arbitration, and not for any other purpose or in any
15 other litigation.
16 2. The documents may only be disclosed to the following persons:
17  a) Counsel for the parties to this action;
18  b) Paralegal, clerical, and secretarial personnel regularly employed by counsel
19 referred to in subpart (a) directly above, including stenographic deposition reporters retained in
20 connection with this action;
21  c) Court personnel including stenographic reporters engaged in proceedings as
22 are necessarily incidental to the preparation for the trial of the civil action;
23  d) Any expert or consultant retained in connection with this action;
24  e) The finder of fact at the time of trial subject to the court's rulings on in limine
25 motions and objections of counsel.

-2-

3. To the extent that any pleading, exhibit or other document contains any documents subject to this Protective Order (or information taken from any documents subject to this Protective Order), is to be filed with the Court, the party making such a filing shall designate the material for filing under seal, and all copies shall be kept in confidence as provided in this Protective Order by any party on whom the filing is served.

4. This Protective Order is without prejudice to the right of any party to oppose production or inadmissibility of documents or information for any legal reason.

5. Each person to whom disclosure is made with the exception of counsel, who are presumed to know the contents of this Protective Order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of the Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has read the Protective Order and he/she understands the provisions of the Protective Order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Protective Order, including without limitation, any proceeding for contempt. Provisions of this Protective Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

6. After the conclusion of this litigation, all documents, in whatever form stored or reproduced, containing information received pursuant to the provisions of this Protective Order will remain under seal. All parties also ensure that all persons to whom documents subject to this Protective Order were disclosed shall return all such documents to the producing party. The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial. After the conclusion of this litigation, all confidential documents received under the provisions of this Protective Order, including copies made, shall be tendered back to the attorneys for defendants, COUNTY OF KERN, et al.

Dated: June 6, 2007          LAW OFFICE OF JACOB M. WEISBERG

By: /s/ Jacob M. Weisberg
Jacob M. Weisberg, Attorney for Plaintiffs,
THOMAS PHILIP and
BRENDA GROSS PHILIP

Dated: June 6, 2007          LAW OFFICE OF DEAN B. GORDON

By: /s/ Dean B. Gordon
Dean B. Gordon, Attorney for Plaintiffs,
THOMAS PHILIP and
BRENDA GROSS PHILIP

Dated: June 6, 2007          OFFICE OF THE COUNTY COUNSEL
                             COUNTY OF KERN

By: /s/ Andrew C. Thomson
Andrew C. Thomson, Attorneys for Defendants,
COUNTY OF KERN, MACK WIMBISH, Kern
County Sheriff, in his Individual and Official Capacity;
KERN COUNTY SHERIFF'S DEPARTMENT, Kern
County Sheriff's Deputies, D. JAUCH and J. McADOO

**ORDER**

IT IS SO ORDERED.

Dated: June 7, 2007

_____
Honorable Theresa A. Goldner
United States ~~District Court~~ Magistrate Judge

-4-