1
2
3
4  **IN THE UNITED STATES DISTRICT COURT**
5  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7  THOMAS PHILIP, et. al,                                    CASE NO. CV F 04-6729 LJO TAG
8                                                            **ORDER ON REQUEST TO MODIFY**
                Plaintiffs,                                  **SCHEDULING ORDER**
9
        vs.
10
    COUNTY OF KERN, et. al,
11
12              Defendants.
                                                    /
13
14          The Court has received and reviewed the request and the stipulation to continue the trial in this
15  case. This case involves an incident that occurred more than four years ago. Several continuances have
16  already been accommodated. The Court has an obligation to resolve cases, either by settlement or by
17  trial, in a timely fashion.   Rule 16(b) specifically states that a "schedule shall not be modified except
18  upon a showing of good cause" and by leave of court. Fed.R.Civ.P. 16(b); *Zivkovic v. Southern Calif.*
19  *Edison Co.*, 302 F.3d 1080, 1087–1088 (9th Cir. 2002) (modification to the scheduling order properly
20  refused where party failed to show diligence in complying with schedule or good cause for modifying
21  scheduling order). Good cause does not exist to continue this case yet again. The trial date of April 21,
22  2008 is confirmed.
23  IT IS SO ORDERED.
24  **Dated:    February 19, 2008             /s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
25
26
27
28
                                                    1