**FILED**

**JUDGMENT ENTERED**

_____
           **Date**
by _____A. Timken_____
        **Deputy Clerk**
     **U.S. District Court**
 **Eastern District of California**
__XX___  **FILE CLOSED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS PHILIP,
BRENDA GROSS PHILIP,

     Plaintiff,

vs.

COUNTY OF KERN, ET.AL.,

     Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:04-CV-06729 OWW/TAG

     JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdicts.

     IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 12/18/2008, judgment is entered in favor of all defendants against all plaintiffs.  Plaintiffs shall take nothing by their complaint.

     DEFENDANTS shall recover their costs of suit.

DATED:  December 22, 2008

                           VICTORIA C. MINOR, Clerk

                           /S/ Alice Timken
                    By:
                           Deputy Clerk

jgm.civ
2/1/95