FILED

JUN -2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PHILIP, BRENDA GROSS PHILIP,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, ET AL.,<br><br>Defendant. | *AMENDED* JUDGMENT IN A CIVIL ACTION<br><br>CASE NO. 1:04-CV-6729 OWW |

JURY VERDICT: This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 12/18/2008, judgment is entered in favor of all defendants against all plaintiffs. Plaintiffs shall take nothing by their complaint.

DEFENDANTS shall recover their costs of suit in the amount of $11,669.76.

DATED: 6-2-09

VICTORIA C. MINOR, Clerk

By: _____
          Deputy Clerk